IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AMY SAMONS                                                                                              PLAINTIFF

v.                                                      3:04CV00332 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                        DEFENDANT

### JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 29th day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE